# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JPI GROUP LLC** | : |
| 1700 Market Street | : |
| Suite 1005 | : |
| Philadelphia, PA 19103 | : |
| | : |
| *Plaintiff,* | :     **CIVIL ACTION NO. _____** |
| | : |
| v. | : |
| | : |
| **MOLECULAR TESTING LABS** | : |
| 14401 SE 1st Street | : |
| Vancouver, WA 98684, | : |
| | : |
| *Defendant.* | : |

## COMPLAINT

Plaintiff, JPI Group, LLC ("Plaintiff" or "JPI") by and through their undersigned counsel, file this Complaint sounding in breach of contract against Defendant Molecular Testing Labs ("Defendant" or "MTL"), and in support thereof hereby avers as follows:

### I.     INTRODUCTION

1. This is a civil action for breach of contract and related equitable claims arising from Defendant's failure to pay for staffing, workforce management, and operational services provided by Plaintiff.

2. For months, JPI supplied Defendant with essential personnel, onboarding, HR administration, and workforce-management services that enabled MTL to operate its laboratory testing programs nationwide.

3. Despite accepting and benefiting from these services, Defendant has failed and refused to pay outstanding invoices totaling **$89,097.32** for services rendered between November 2024 and June 2025.

4. Defendant repeatedly acknowledged the debt, proposed a payment plan, and represented that payments had been issued—representations that proved false.

5. After exhausting informal resolution efforts and issuing a formal written demand, Plaintiff brings this action to recover the unpaid balance, interest, costs, and all available relief.

## II. JURISDICTION AND VENUE

6. This Court has subject matter jurisdiction pursuant to **28 U.S.C. § 1332(a)** because the parties are citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

7. Plaintiff JPI Group LLC is a Pennsylvania limited liability company with its principal place of business in Pennsylvania.

8. Defendant Molecular Testing Labs is a corporation organized under the laws of the State of Washington, with its principal place of business in Washington.

9. This Court has personal jurisdiction over Defendant because Defendant purposefully availed itself of conducting business with a Pennsylvania-based company, directed communications into Pennsylvania, and caused financial injury to Plaintiff in this District.

10. Venue is proper under **28 U.S.C. § 1391(b)(2)** because a substantial part of the events giving rise to the claims occurred in this District, including performance of services, invoicing, and economic harm.

## III. PARTIES

11. Plaintiff JPI Group LLC provides staffing, workforce management, HR administration, and operational labor services to corporate clients throughout the United States.

12. Defendant Molecular Testing Labs operates laboratory testing programs nationwide and contracted with JPI to provide workforce and staffing support for those operations.

## IV. FACTUAL ALLEGATIONS

13. JPI and MTL entered into a business relationship—memorialized through written agreements, invoices, and course of dealing—under which JPI provided staffing and workforce-management services and MTL agreed to compensate JPI.

14. Between November 2024 and June 2025, JPI fully performed by supplying personnel, onboarding services, HR administration, and operational support at MTL's request.

15. JPI issued regular invoices for services rendered. The invoices were due and payable under the parties' agreement and established course of dealing.

16. MTL received, accepted, and benefited from all services and never disputed the accuracy or legitimacy of the invoices.

17. As of November 7, 2025, MTL owed JPI $89,097.32, as reflected in JPI's accounts receivable records and the outstanding invoices attached hereto as Exhibit "A."

18. On June 13, 2025, MTL's Vice President of Finance, Cody Brantley, acknowledged the debt and proposed a payment plan of $3,500 per week until current.

19. MTL repeatedly represented that payments had been issued and mailed, but no payments were received.

20. The last verified payment from MTL was on April 7, 2025.

21. Due to continued nonpayment, JPI withdrew its personnel from MTL's operations in late June 2025.

22. On November 20, 2025, Plaintiff issued a formal written demand for payment, providing Defendant ten (10) days to remit the outstanding balance a copy of which is attached hereto as Exhibit "B."

23. Defendant failed to cure the default or make any payment.

## V.    COUNT I - BREACH OF CONTRACT

24. Plaintiff incorporates the foregoing paragraphs as if fully set forth herein.

25. JPI and MTL entered into an enforceable agreement under which JPI provided services and MTL agreed to pay for them.

26. JPI fully performed its obligations.

27. MTL materially breached the agreement by failing to pay for services rendered.

28. Plaintiff suffered damages in the amount of **$89,097.32**, plus interest and related costs.

## VI.   COUNT II - QUANTUM MERUIT/ UNJUST ENRICHMENT

29. Plaintiff incorporates the foregoing paragraphs.

30. In the alternative, JPI conferred valuable benefits upon MTL by providing staffing and operational support.

31. MTL knowingly accepted and retained these benefits.

32. It would be inequitable for MTL to retain the benefits without payment.

33. Plaintiff is entitled to restitution in the amount of **$89,097.32**.

## VII.   COUNT III - ACCOUNT STATED

34. Plaintiff incorporates by reference all preceding paragraphs as if fully set forth herein.

35. Plaintiff and Defendant engaged in a course of dealing pursuant to which Plaintiff rendered staffing, workforce management, and operational services to Defendant and issued regular invoices reflecting amounts due and owing.

36. Plaintiff provided Defendant with detailed invoices and account statements reflecting the services rendered and the balances owed.

37. Defendant received and retained the invoices and account statements without objection within a reasonable time.

38. Defendant acknowledged the accuracy of the outstanding balance, including through written communications and payment discussions, and proposed a payment plan to satisfy the debt.

39. Defendant's failure to object to the invoices and its express acknowledgments constitute an agreement that the stated balance was correct and due.

40. Defendant has failed and refused to pay the agreed-upon balance.

41. Plaintiff has been damaged in the amount of $89,097.32, plus interest and costs.

**WHEREFORE**, Plaintiff demands judgment against Defendant for all relief set forth in the Prayer for Relief.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully requests that the Court enter judgment in its favor and against Defendant as follows:

A. Award damages in the amount of **$89,097.32**;

B. Award pre- and post-judgment interest;

C. Award costs of suit and attorneys' fees where permitted by law or contract;

D. Grant such other relief as the Court deems just and proper

Dated: January 23, 2026

Respectfully submitted,
BY:   /s/ Michael A. Bowman
Michael A. Bowman, Esquire
*Attorney for Plaintiff*

# EXHIBIT "A"

# EXHIBIT "A"

# JPI GROUP LLC
# Molecular Testing Labs' Outstanding Invoices
## As of November 7, 2025

| Customer | Invoice Date | Invoice No. | Invoice Amt |
|---|---|---|---|
| Molecular Testing Labs | 11/14/2024 | 4489730 | $648.00 |
| Molecular Testing Labs | 11/14/2024 | 4489732 | $1,215.00 |
| Molecular Testing Labs | 11/14/2024 | 4489731 | $1,363.50 |
| Molecular Testing Labs | 11/21/2024 | 4493689 | $310.50 |
| Molecular Testing Labs | 11/21/2024 | 4493688 | $648.00 |
| Molecular Testing Labs | 11/21/2024 | 4493687 | $1,223.10 |
| Molecular Testing Labs | 11/28/2024 | 4498439 | $648.00 |
| Molecular Testing Labs | 11/28/2024 | 4498440 | $1,215.00 |
| Molecular Testing Labs | 12/5/2024 | 4502359 | $756.00 |
| Molecular Testing Labs | 12/5/2024 | 4502360 | $1,508.63 |
| Molecular Testing Labs | 12/12/2024 | 4506143 | $648.00 |
| Molecular Testing Labs | 12/12/2024 | 4506142 | $1,215.00 |
| Molecular Testing Labs | 12/19/2024 | 4510171 | $648.00 |
| Molecular Testing Labs | 12/19/2024 | 4510172 | $1,215.00 |
| Molecular Testing Labs | 12/26/2024 | 4513857 | $648.00 |
| Molecular Testing Labs | 12/26/2024 | 4513856 | $945.00 |
| Molecular Testing Labs | 12/26/2024 | 4513858 | $1,215.00 |
| Molecular Testing Labs | 1/2/2025 | 4517445 | $756.00 |
| Molecular Testing Labs | 1/2/2025 | 4517447 | $1,093.50 |
| Molecular Testing Labs | 1/2/2025 | 4517446 | $1,277.78 |
| Molecular Testing Labs | 1/9/2025 | 4520800 | $756.00 |
| Molecular Testing Labs | 1/9/2025 | 4520801 | $1,039.50 |
| Molecular Testing Labs | 1/9/2025 | 4520799 | $1,539.00 |
| Molecular Testing Labs | 1/16/2025 | 4524495 | $648.00 |
| Molecular Testing Labs | 1/16/2025 | 4524497 | $648.00 |
| Molecular Testing Labs | 1/16/2025 | 4524496 | $1,215.00 |
| Molecular Testing Labs | 1/23/2025 | 4527918 | $648.00 |

# JPI GROUP LLC
# Molecular Testing Labs' Outstanding Invoices
### As of November 7, 2025

| Customer | Invoice Date | Invoice No. | Invoice Amt |
|---|---|---|---|
| Molecular Testing Labs | 1/23/2025 | 4527919 | $1,100.25 |
| Molecular Testing Labs | 1/23/2025 | 4527917 | $1,217.03 |
| Molecular Testing Labs | 1/30/2025 | 4531277 | $648.00 |
| Molecular Testing Labs | 1/30/2025 | 4531276 | $999.00 |
| Molecular Testing Labs | 1/30/2025 | 4531275 | $1,212.98 |
| Molecular Testing Labs | 2/6/2025 | 4534946 | $648.00 |
| Molecular Testing Labs | 2/6/2025 | 4534948 | $1,080.00 |
| Molecular Testing Labs | 2/6/2025 | 4534947 | $1,215.00 |
| Molecular Testing Labs | 2/13/2025 | 4538572 | $607.50 |
| Molecular Testing Labs | 2/13/2025 | 4538571 | $648.00 |
| Molecular Testing Labs | 2/13/2025 | 4538570 | $1,219.05 |
| Molecular Testing Labs | 2/20/2025 | 4542120 | $648.00 |
| Molecular Testing Labs | 2/20/2025 | 4542118 | $1,100.25 |
| Molecular Testing Labs | 2/20/2025 | 4542119 | $1,215.00 |
| Molecular Testing Labs | 2/27/2025 | 4545637 | $648.00 |
| Molecular Testing Labs | 2/27/2025 | 4545638 | $891.00 |
| Molecular Testing Labs | 2/27/2025 | 4545636 | $1,215.00 |
| Molecular Testing Labs | 3/6/2025 | 4549194 | $648.00 |
| Molecular Testing Labs | 3/6/2025 | 4549195 | $1,100.25 |
| Molecular Testing Labs | 3/6/2025 | 4549193 | $1,215.00 |
| Molecular Testing Labs | 3/13/2025 | 4552742 | $648.00 |
| Molecular Testing Labs | 3/13/2025 | 4552743 | $648.00 |
| Molecular Testing Labs | 3/13/2025 | 4552744 | $1,215.00 |
| Molecular Testing Labs | 3/20/2025 | 4556228 | $648.00 |
| Molecular Testing Labs | 3/20/2025 | 4556230 | $1,026.00 |
| Molecular Testing Labs | 3/20/2025 | 4556229 | $1,215.00 |
| Molecular Testing Labs | 3/27/2025 | 4559635 | $648.00 |

# JPI GROUP LLC
# Molecular Testing Labs' Outstanding Invoices
### As of November 7, 2025

| Customer | Invoice Date | Invoice No. | Invoice Amt |
|---|---|---|---|
| Molecular Testing Labs | 3/27/2025 | 4559634 | $1,026.00 |
| Molecular Testing Labs | 3/27/2025 | 4559636 | $1,215.00 |
| Molecular Testing Labs | 4/3/2025 | 4563137 | $648.00 |
| Molecular Testing Labs | 4/3/2025 | 4563139 | $1,026.00 |
| Molecular Testing Labs | 4/3/2025 | 4563138 | $1,215.00 |
| Molecular Testing Labs | 4/10/2025 | 4566613 | $648.00 |
| Molecular Testing Labs | 4/10/2025 | 4566612 | $850.50 |
| Molecular Testing Labs | 4/10/2025 | 4566611 | $1,215.00 |
| Molecular Testing Labs | 4/17/2025 | 4570242 | $648.00 |
| Molecular Testing Labs | 4/17/2025 | 4570244 | $756.00 |
| Molecular Testing Labs | 4/17/2025 | 4570243 | $1,215.00 |
| Molecular Testing Labs | 4/24/2025 | 4573709 | $648.00 |
| Molecular Testing Labs | 4/24/2025 | 4573710 | $945.00 |
| Molecular Testing Labs | 4/24/2025 | 4573711 | $1,215.00 |
| Molecular Testing Labs | 5/1/2025 | 4577140 | $648.00 |
| Molecular Testing Labs | 5/1/2025 | 4577139 | $756.00 |
| Molecular Testing Labs | 5/1/2025 | 4577141 | $1,215.00 |
| Molecular Testing Labs | 5/8/2025 | 4580746 | $648.00 |
| Molecular Testing Labs | 5/8/2025 | 4580747 | $1,012.50 |
| Molecular Testing Labs | 5/8/2025 | 4580748 | $1,215.00 |
| Molecular Testing Labs | 5/15/2025 | 4584282 | $648.00 |
| Molecular Testing Labs | 5/15/2025 | 4584284 | $945.00 |
| Molecular Testing Labs | 5/15/2025 | 4584283 | $972.00 |
| Molecular Testing Labs | 5/22/2025 | 4587898 | $648.00 |
| Molecular Testing Labs | 5/22/2025 | 4587899 | $1,012.50 |
| Molecular Testing Labs | 5/22/2025 | 4587897 | $1,215.00 |
| Molecular Testing Labs | 5/29/2025 | 4591242 | $648.00 |

# JPI GROUP LLC
## Molecular Testing Labs' Outstanding Invoices
### As of November 7, 2025

| Customer | Invoice Date | Invoice No. | Invoice Amt |
|---|---|---|---|
| Molecular Testing Labs | 5/29/2025 | 4591241 | $1,012.50 |
| Molecular Testing Labs | 5/29/2025 | 4591243 | $1,215.00 |
| Molecular Testing Labs | 6/5/2025 | 4594802 | $756.00 |
| Molecular Testing Labs | 6/5/2025 | 4594801 | $1,107.00 |
| Molecular Testing Labs | 6/5/2025 | 4594803 | $1,296.00 |
| Molecular Testing Labs | 6/12/2025 | 4598245 | $648.00 |
| Molecular Testing Labs | 6/12/2025 | 4598247 | $958.50 |
| Molecular Testing Labs | 6/12/2025 | 4598246 | $972.00 |
| Molecular Testing Labs | 6/19/2025 | 4601763 | $648.00 |
| Molecular Testing Labs | 6/19/2025 | 4601764 | $837.00 |
| Molecular Testing Labs | 6/19/2025 | 4601762 | $972.00 |
| Molecular Testing Labs | 6/26/2025 | 4605246 | $648.00 |
| Molecular Testing Labs | 6/26/2025 | 4605248 | $945.00 |
| Molecular Testing Labs | 6/26/2025 | 4605247 | $1,215.00 |
| | | **Total:** | **$89,097.32** |

# EXHIBIT "B"

**BOWMAN LLC**

December 1, 2025

VIA EMAIL & U.S. MAIL
Cody Brantley
Vice President, Finance
Molecular Testing Labs
14401 SE 1st Street
Vancouver, WA 98684
Email: cbrantley@moleculartestinglabs.com

**Re: Demand for Immediate Payment – Outstanding Balance of $89,097.32**

Dear Mr. Brantley:

Please be advised that we represent the JPI Group ("JPI") and that this letter constitutes formal demand by JPI for immediate payment of the outstanding balance owed by Molecular Testing Labs ("MTL") under JPI's staffing and workforce services agreement. As of November 7, 2025, JPI's records reflect an unpaid amount of **$89,097.32**, for services performed between November 2024 and June 2025.

As you will recall, this debt is related to services rendered by JPI and MTL previously acknowledged the arrearage and proposed a payment plan of $3,500 per week until current, while also requesting a continuance of JPI services. Unfortunately, MTL never abided by its agreement and after no receipt of MTL payments and despite repeated follow-up, JPI withdrew its personnel services in late June 2025.

Despite these communications and MTL's benefit from services rendered, MTL has failed to cure the indebtedness. Your continued nonpayment constitutes a material breach of JPI's agreement with MTL and gives JPI full right to pursue collection without further extension.

Accordingly, JPI demands that MTL remit $89,097.32 in full within seven (7) calendar days of this letter's date. If full payment is not received within that period, JPI will have no choice but to seek all legal remedies available.

Please contact our office immediately to confirm your payment method or propose an immediate binding plan which will be accepted at JPI's discretion.

Sincerely,
/s
Michael A. Bowman, Esq.
600 York Road, Suite 400
Jenkintown, PA 19046
Phone: (215) 275-2338
Email: mbowman@bowmanllc.net